Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Defendant The Gap, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN DEBENEDICTIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC.,<br><br>Defendant. | Case No.  2:26-cv-01454-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Kristin Debenedictis ("Plaintiff") and Defendant The Gap, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate as follows:

1. Plaintiff filed her Complaint on May 12, 2026.

2. Defendant's deadline to answer, move against, or otherwise respond to the Complaint is June 4, 2026.

3. The parties have agreed to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by 60 days to August 3, 2026, because Defendant requires additional time to evaluate the claims in the Complaint.

4.      This is Defendant's first request for an extension of its deadline to answer, move against, or otherwise respond to the Complaint. Defendant does not seek this extension for purposes of delay.

Wherefore, the Parties request that the Court approve the terms of the stipulation to an extension of time to answer, move against, or otherwise respond to the Complaint until August 3, 2026.

**ORDER**

IT IS SO ORDERED:

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 1_____, 2026.

Respectfully submitted,

DATED: June 1, 2026.

**McDONALD CARANO LLP**

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

Michael W. McTigue Jr.*
Meredith C. Slawe*
Shaud Tavakoli*
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com
shaud.tavakoli@skadden.com
*Pro Hac Vice forthcoming*

*Attorneys for Defendant The Gap, Inc.*

DATED: June 1, 2026.

**MATTHEW L. SHARP, LTD.**

*/s/ Matthew L. Sharp*
Matthew L. Sharp (NSBN 4746)
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com

Andre Belanger*
**POULIN | WILLEY|
   ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
andre.belanger@poulinwilley.com
cmad@poulinwilley.com
*Pro Hac Vice forthcoming*

*Attorneys for Plaintiff and Proposed Class*