Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

*Attorneys for Defendant The Gap, Inc.*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KRISTIN DEBENEDICTIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE GAP, INC.,

Defendant.

Case No. 2:26-cv-01454-JAD-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**

**(THIRD REQUEST)**

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Kristin Debenedictis ("Plaintiff") and Defendant The Gap, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate as follows:

1. Plaintiff filed her Complaint on May 12, 2026.

2. On June 1, 2026, the Court entered an order granting the parties' first stipulation to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by 60 days to August 3, 2026.

3. On July 24, 2026, the Court entered an order granting the parties' second stipulation to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by an additional 30 days to September 2, 2026.

4. Defendant requires additional time to conduct factual investigation into the allegations in the Complaint.

5. The Parties have agreed to extend the deadline for Defendant to answer, move against, or otherwise respond to the Complaint by an additional 14 days to September 16, 2026.

6. This is Defendant's third request for an extension of its deadline to answer, move against, or otherwise respond to the Complaint. Defendant does not seek this extension for purposes of delay.

Wherefore, the Parties request that the Court approve the terms of the stipulation to an extension of time to answer, move against, or otherwise respond to the Complaint until September 16, 2026.

Respectfully submitted,

**Dated**: August 20, 2026.

**McDONALD CARANO LLP**

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

Michael W. McTigue Jr.*
Meredith C. Slawe*
Shaud Tavakoli*
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com
shaud.tavakoli@skadden.com
**Pro Hac Vice*

*Attorneys for Defendant The Gap, Inc.*

**Dated**: August 20, 2026.

**MATTHEW L. SHARP, LTD.**

*/s/ Matthew L. Sharp*
Matthew L. Sharp (NSBN 4746)
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com

Andre Belanger*
**POULIN | WILLEY| ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
andre.belanger@poulinwilley.com
cmad@poulinwilley.com
**Pro Hac Vice forthcoming*

*Attorneys for Plaintiff and Proposed Class*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020